# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON  11/9/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
DELETE LACHARLES VANN )
) Case No: 5:08-CR-382-2BO
) USM No: 51467-056
Date of Original Judgment:   October 21, 2009 )
Date of Previous Amended Judgment: ) Thomas P. McNamera
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 84 months **is reduced to** ~~44 months.~~* 60 Months

* The reduced term of imprisonment is applicable to each of Counts 1 and 5, said terms to run concurrently.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated  October 21, 2009
shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11-9-12

[Signature]
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, US District Judge
*Printed name and title*