UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. DeLete LaCharles Vann          Docket No. 5:08-CR-382-2BO

**Petition for Action on Supervised Release**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of DeLete LaCharles Vann, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute More Than Fifty (50) grams of Cocaine Base (Crack) and more Than 5 Kilograms of Cocaine, in violation of 21 U.S.C. § 846 and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on October 21, 2009, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On November 9, 2012, as a result of a Motion for Sentence Reduction in pursuant to 18 U.S.C. § 3553(a), the imprisonment sentence was reduced to 60 months. DeLete LaCharles Vann was released from custody on November 14, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 09, 2016, the defendant submitted a urine specimen which tested positive for marijuana. When confronted with the results, the defendant signed an admission. In an effort to monitor his drug use and possibly refer the defendant to counseling if additional use is detected, we respectfully recommend that his term of supervised release be modified to include a drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2545<br>Executed On: May 3, 2016 |

DeLete LaCharles Vann
Docket No. 5:08-CR-382-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___4___ day of __May__, 2016 and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge