UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. DeLete LaCharles VannDocket No. 5:08-CR-382-2BO

**Petition for Action on Supervised Release**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of DeLete LaCharles Vann, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute More Than Fifty (50) grams of Cocaine Base (Crack) and more Than 5 Kilograms of Cocaine, in violation of 21 U.S.C. § 846 and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 21, 2009, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On November 9, 2012, as a result of a Motion for Sentence Reduction pursuant to 18 U.S.C. § 3553(a), the imprisonment sentence was reduced to 60 months. DeLete LaCharles Vann was released from custody on November 14, 2012, at which time the term of supervised release commenced. On May 4, 2016, after the defendant tested positive for marijuana use, the court modified the conditions of supervision to include drug aftercare.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 16, 2016, the defendant submitted a urine sample which later tested positive for marijuana. When confronted with the results, the defendant admitted the use and signed a voluntary admission. As a sanction for this conduct, we are recommending that the defendant serve two days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith/s/ Tiffany C. Peacock
Eddie J. SmithTiffany C. Peacock
Supervising U.S. Probation OfficerU.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2545
Executed On: May 25, 2016

**ORDER OF THE COURT**

Considered and ordered this 26 day of May, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge